1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  ELLEN DUTY; WILLIAM DUTY,                      CASE NO. 09CV961-MMA (BLM)

12                                Plaintiffs,      **ORDER GRANTING JOINT
                      vs.                          MOTION TO DISMISS WITH
13                                                 PREJUDICE**

14  UNITED STATES OF AMERICA,                      [Doc. No. 15]

15                                Defendant.

16        The parties have submitted a joint motion to dismiss the above-captioned action with prejudice.

17  (Doc. No. 15.) Having considered the joint motion, and good cause appearing, the Court hereby

18  **GRANTS** the motion and orders that this action is hereby **DISMISSED** in its entirety **with prejudice**.

19  Each party shall bear its own attorneys' fees and costs of suit.

20        **IT IS SO ORDERED**.

    DATED:  January 12, 2010
21

22                                                 _____

23                                                 Hon. Michael M. Anello
                                                   United States District Judge
24
25
26
27
28